**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 11-56731 |
|    Scott Alan Robinson | : | Chapter 7 (Judge Preston) |
|    Jackie Lynne Robinson | : | |
| | : | |
|            Debtors | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS

Come(s) now, Debtors, by counsel, and hereby give notice to the Court of the Debtors' new mailing address:

>Scott & Jackie Robinson
>3411 Harvard Place
>Broomfield, CO 80023

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on December 2, 2014.

**Electronic Service:**
Office of the U.S. Trustee
David M. Whittaker, Interim Trustee
Marshall D. Cohen Esq.
**U.S. Mail Service:**
Scott & Jackie Robinson |3411 Harvard Place |Broomfield, CO 80023

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)